JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MARK WABNITZ,<br><br>    Petitioner,<br><br>v.<br><br>UNKNOWN, et al.,<br><br>    Respondents. | Case No. 8:20-cv-00188-MWF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: July 1, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge